```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17136
   MELINDA D GATES
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1403

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/20/2007 and was not confirmed.

     The case was dismissed without confirmation 03/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
THE CIT GROUP/CONSUMER F   CURRENT MORTG         .00          .00          .00
THE CIT GROUP/CONSUMER F   MORTGAGE ARRE    15554.63          .00          .00
ASSET ACCEPTANCE LLC       UNSECURED           94.31          .00          .00
PRONGER SMITH CLINIC       UNSECURED        NOT FILED         .00          .00
COMCAST CULVERY CITY EL    UNSECURED        NOT FILED         .00          .00
B-REAL LLC                 UNSECURED           54.00          .00          .00
EMERGENCY PHYSICIANS       UNSECURED        NOT FILED         .00          .00
EMERGENCY PHYSICIANS       UNSECURED        NOT FILED         .00          .00
B-REAL LLC                 UNSECURED          188.00          .00          .00
B-REAL LLC                 UNSECURED           37.00          .00          .00
B-REAL LLC                 UNSECURED           38.00          .00          .00
B-REAL LLC                 UNSECURED           24.00          .00          .00
NICOR GAS                  UNSECURED         2431.23          .00          .00
NICOR GAS                  UNSECURED        NOT FILED         .00          .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED         .00          .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED         .00          .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED         .00          .00
ST FRANCIS HOSPITAL OF E   UNSECURED        NOT FILED         .00          .00
B-REAL LLC                 UNSECURED           43.00          .00          .00
ERNESTO D BORGES JR        DEBTOR ATTY          .00                        .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                     1,280.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               1,280.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    1,280.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17136 MELINDA D GATES
```

```
                              ---------------        ---------------
TOTALS                               1,280.00               1,280.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 05/26/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
          CASE NO. 07 B 17136 MELINDA D GATES
```